MILLIRONS *v.* THE STATE.

HOLDEN, J. There is no complaint that any errors of law were committed upon the trial and the evidence was sufficient to uphold the verdict rendered. *Judgment affirmed. All the Justices concur.*

Submitted February 15,—Decided March 11, 1909.

Indictment for rape. .Before Judge Worrill. Clay superior court. January 15, 1909.

*Ben. M. Turnipseed,* for plaintiff in error.

*John C. Hart, attorney-general,* and *J. A. Laing, solicitor-general,* by *Reuben R. Arnold,* contra.